David W. Affeld, Cal. Bar No. 123922
dwa@agzlaw.com
Brian R. England, Cal. Bar No. 211335
bre@agzlaw.com
Affeld England & Johnson LLP
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (310) 979-8700
Fax (310) 979-8701

Attorneys for Plaintiff Ahmed Jamal

GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
  KSmith@gibsondunn.com
TIFFANY PHAN, SBN 292266
  TPhan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants Dodge & Cox and Nicholas Lockwood*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AHMED JAMAL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DODGE & COX., a California Corporation; NICHOLAS LOCKWOOD, an Individual; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 4:25-cv-01675-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE ADR DEADLINE**<br><br>Hon. Haywood S. Gilliam, Jr. |

1 | Pursuant to Civil Local Rule 6-2(a), Plaintiff Ahmed Jamal ("Plaintiff") and Defendants Dodge & Cox and Nicholas Lockwood ("Defendants") (collectively, the "Parties"), stipulate as follows:

**WHEREAS**, on May 27, 2025, the Court directed the Parties to meet and confer and stipulate to selection of an ADR process and deadline by June 3, 2025 (Dkt. 22);

**WHEREAS**, on May 28, 2025, the Court granted the Parties' stipulation to participate in private ADR under experienced mediator Rex Berry by September 24, 2025 (Dkt. 20);

**WHEREAS**, the Parties previously mediated the matter and believe that early motion practice will significantly assist the Parties in having another productive mediation;

**WHEREAS**, Plaintiff's deposition is scheduled for September 3, 2025;

**WHEREAS**, the Parties have met and conferred and agree that they would benefit from additional time to conduct further discovery and that the earliest that the Court could reasonably hear an early motion for summary judgment would be October 30, 2025;

**WHEREAS**, the Court has not previously modified any deadlines in this case;

**WHEREAS**, the continuance of the ADR deadline will not in any way affect any other deadlines in the case;

**NOW THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The ADR deadline currently scheduled for September 24, 2025 is continued to December 5, 2025.

**IT IS SO STIPULATED.**

Dated: July 29, 2025              Respectfully submitted,

                                   By: s/ *Brian R. England*
                                        David W. Affeld
                                        Brian R. England
                                        Affeld England & Johnson LLP

                                   Attorneys for Plaintiff Ahmed Jamal

| | |
|---|---|
| Dated: July 29, 2025 | Respectfully submitted, |

By: s/ *Katherine V.A. Smith*<br>
Katherine V.A. Smith<br>
Tiffany Phan<br>
Gibson, Dunn & Crutcher LLP

## **ECF SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Katherine V.A. Smith hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 29, 2025

By: s/ *Katherine V.A. Smith*<br>
Katherine V.A. Smith

## ORDER

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS as follows:

The ADR deadline currently scheduled for September 24, 2025 is continued to December 5, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:   7/30/2025

HON. ~~Haywood S. Gilliam Jr.~~
UNITED STATES DISTRICT JUDGE

[DENIED stamp — signed Haywood S. Gilliam Jr.]