1  David W. Affeld, Cal. Bar No. 123922
     dwa@agzlaw.com
2  Brian R. England, Cal. Bar No. 211335
     bre@agzlaw.com
3  Affeld England & Johnson LLP
   2049 Century Park East, Suite 2460
4  Los Angeles, California 90067
   Tel. (310) 979-8700
5  Fax (310) 979-8701

6  *Attorneys for Plaintiff Ahmed Jamal*

7  GIBSON, DUNN & CRUTCHER LLP
   KATHERINE V.A. SMITH, SBN 247866
8    KSmith@gibsondunn.com
9  TIFFANY PHAN, SBN 292266
     TPhan@gibsondunn.com
10 333 South Grand Avenue
   Los Angeles, CA 90071-3197
11 Telephone: 213.229.7000
12 Facsimile: 213.229.7520

13 *Attorneys for Defendants Dodge & Cox and Nicholas Lockwood*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                              **OAKLAND DIVISION**

18

| | |
|---|---|
| AHMED JAMAL, an individual | Case No.: 4:25-cv-01675-HSG |
| Plaintiff, | |
| vs. | **ORDER GRANTING REVISED JOINT STIPULATION TO CONTINUE CASE DEADLINES IN LIGHT OF UNEXPECTED TRIAL CONFLICTS** |
| DODGE & COX., a California Corporation; NICHOLAS LOCKWOOD, an Individual; and DOES 1 through 10, inclusive | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

**ORDER**

Having considered the Parties' Revised Joint Stipulation to Continue Case Deadlines in Light of Unexpected Trial Conflicts, the Court HEREBY ORDERS as follows:

The Parties' deadline to exchange opening expert reports currently scheduled for November 7, 2025 is continued to January 21, 2026.

The Parties' deadline to exchange rebuttal expert reports currently scheduled for November 21, 2025 is continued to February 4, 2026.

The close of fact discovery currently scheduled for December 12, 2025 is continued to January 12, 2026.

The close of expert discovery currently scheduled for December 12, 2025 is continued to February 25, 2026.

The dispositive motion hearing deadline, pretrial conference, and jury trial dates remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/8/2025

**Honorable Haywood S. Gilliam, Jr.**
UNITED STATES DISTRICT JUDGE