| | |
|---|---|
| 1 | David W. Affeld, Cal. Bar No. 123922 |
| | dwa@agzlaw.com |
| 2 | Brian R. England, Cal. Bar No. 211335 |
| | bre@agzlaw.com |
| 3 | Affeld England & Johnson LLP |
| | 2049 Century Park East, Suite 2460 |
| 4 | Los Angeles, California 90067 |
| | Tel. (310) 979-8700 |
| 5 | Fax (310) 979-8701 |
| 6 | *Attorneys for Plaintiff Ahmed Jamal* |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
| | KATHERINE V.A. SMITH, SBN 247866 |
| 8 |   KSmith@gibsondunn.com |
| 9 | TIFFANY PHAN, SBN 292266 |
| |   TPhan@gibsondunn.com |
| 10 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| 11 | Telephone: 213.229.7000 |
| | Facsimile: 213.229.7520 |
| 12 | |
| 13 | *Attorneys for Defendants Dodge & Cox and Nicholas Lockwood* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AHMED JAMAL, an individual | Case No.: 4:25-cv-01675-HSG |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE DEADLINES** |
| DODGE & COX., a California Corporation; NICHOLAS LOCKWOOD, an Individual; and DOES 1 through 10, inclusive | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

ORDER
CASE NO. 4:25-CV-01675-HSG

**ORDER**

Having considered the Parties' Joint Stipulation to Continue Case Deadlines, the Court HEREBY ORDERS as follows:

The close of fact discovery currently scheduled for January 12, 2026 is continued to February 27, 2026.

The Parties' deadline to exchange opening expert reports currently scheduled for January 21, 2026 is continued to March 6, 2026.

The Parties' deadline to exchange rebuttal expert reports currently scheduled for February 4, 2026 is continued to April 6, 2026.

The close of expert discovery currently scheduled for February 25, 2026 is continued to April 14, 2026.

The dispositive motion hearing deadline, pretrial conference, and jury trial dates remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   1/8/2026

**Honorable Haywood S. Giliam, Jr.**
UNITED STATES DISTRICT JUDGE