Ahmed Jamal
447 Broadway, Box No. 1262
New York, NY 10013
Telephone: (646) 222-5573
Email: ag.0009@outlook.com
Plaintiff, In Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AHMED JAMAL, an individual, | Case No.: 4:25-cv-01675-HSG |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY (PLAINTIFF TO APPEAR IN PRO SE); REQUEST FOR EXPEDITED CONSIDERATION;** [PROPOSED] **ORDER** |
| vs. | |
| DODGE & COX, a California Corporation; NICHOLAS LOCKWOOD, an Individual; and DOES 1 through 10, inclusive, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | United States District Judge |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ahmed Jamal hereby appears in pro se, representing himself, in this action in the place of Affeld England & Johnson LLP (David W. Affeld, Cal. Bar No. 123922, and Brian R. England, Cal. Bar No. 211335) ("AEJ"), who have been the attorneys of record for Plaintiff. Plaintiff has terminated AEJ's representation effective June 25, 2026, and AEJ is to be relieved as counsel of record.

All notices and papers required to be served may from this date be served upon Plaintiff in pro se at the address stated above.

The conditional-dismissal window now runs to on or about July 23, 2026. To ensure the docket promptly reflects Plaintiff's pro se status, Plaintiff respectfully requests that the Court act upon this substitution on an expedited basis pursuant to Civil Local Rule 7-11.

**Substituting Party (Incoming — Pro Se):**

Dated: June 25, 2026

Ahmed Jamal, Plaintiff, In Pro Se
447 Broadway, Box No. 1262, New York, NY 10013
Email: ag.0009@outlook.com

**Consent of Outgoing Counsel:**
Affeld England & Johnson LLP consents to this substitution and to its withdrawal as counsel of record for Plaintiff.

Dated: June 16, 2026
By: David W. Affeld
David W. Affeld, Cal. Bar No. 123922
Brian R. England, Cal. Bar No. 211335
Affeld England & Johnson LLP
2049 Century Park East, Suite 2460, Los Angeles, CA 90067
Attorneys formerly for Plaintiff Ahmed Jamal

## [PROPOSED] ORDER

Good cause appearing, and pursuant to Civil Local Rule 11-5, the substitution of Plaintiff Ahmed Jamal, in pro se, in the place of Affeld England & Johnson LLP as counsel of record for Plaintiff is APPROVED. Affeld England & Johnson LLP is relieved as counsel of record, and the Clerk is directed to update the docket to reflect that Plaintiff is proceeding in pro se and to direct all further notices to Plaintiff at the address stated above.

IT IS SO ORDERED.

Dated: _____ June 26, 2026

Honorable Haywood S. Gilliam, Jr.

United States District Judge